MINNIE E. EDWARDS, as Administratrix of the Estate of
LEHMAN EDWARDS, Deceased, Appellant, *v.* NEW YORK
CENTRAL AND HUDSON RIVER RAILROAD COMPANY,
Respondent.

*Edwards* v. *N. Y. C. & H. R. R. R. Co.*, 169 App. Div. 686,
affirmed.

(Argued January 22, 1917; decided February 6, 1917.)

APEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department,
entered October 19, 1915, reversing a judgment in favor
of plaintiff entered upon a verdict and granting a new
trial in an action to recover for the death of plaintiff's
intestate alleged to have been occasioned through the
negligence of defendant. The plaintiff's intestate was
struck and killed by a through passenger train of the
defendant's West Shore railroad, while he was crossing
the tracks of the said railroad at the Ridgefield Park
station, in New Jersey. The Appellate Division held that
"the proofs preponderatingly show the plaintiff's intes-
tate guilty of negligence on his own part, in disregarding
the defendant's signals and warnings."

*Thomas J. O'Neill* and *Leonard F. Fish* for
appellant.

*John F. Brennan* for respondent.

Order affirmed and judgment absolute ordered against
appellant on the stipulation, with costs in all courts; no
opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK,
HOGAN and CRANE, JJ. Dissenting: CARDOZO, J.